

# U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*        main: (973) 645-2700
*Newark, NJ 07102*                    direct:(973) 297-2019
*jessica.laserna@usdoj.gov*

May 26, 2026

**BY ECF**
Honorable Evelyn Padin
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:**   ***A1 Regional Centre EB-5 LLC v. Bondi,* 25-cv-18545-EP**
> **Request for 45-Day Extension of Time to Respond**

Dear Judge Padin:

This Office represents Defendants in this mandamus action brought by A1 Regional Centre EB-5 LLC seeking an order to require Defendants to vacate their decision denying Plaintiff's I-956 Application for Amendment to an approved Regional Center. We write to respectfully request a 45-day extension of the deadline to respond to Plaintiff's Complaint. If Defendants' request is granted, Defendants' deadline to respond would be July 10, 2026.

Although we sought consent from Plaintiff's Counsel, Vivek Suri, Esq., he only consented to a 30-day extension of time for Defendants to respond to Plaintiff's Complaint and only if Defendants agreed to waive any personal jurisdictional defenses. Defendants could not agree to those terms and respectfully submit to the Court that good cause exists for this extension request. Both this Office and the agency require additional time to confer and investigate Plaintiff's allegations before we can judiciously and fully respond to Plaintiff's Complaint. Moreover, this Office is managing an unprecedented volume of habeas petitions while diligently working to meet urgent deadlines on numerous matters.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Jessica M. Laserna*
          JESSICA M. LASERNA
          Assistant United States Attorney
          *Attorneys for Defendants*

cc:
Counsel of record (*via electronic filing*)

**So Ordered**          **/s/ Evelyn Padin, U.S.D.J.**

**5/27/2026**