| Admitted in NY & NJ | VIVEK SURI, ESQ.<br>Attorney at Law<br><br>T: 212.537.6936<br>E: lawyer@surilawoffice.com | 267 Fifth Avenue<br>Suite 1000<br>New York, NY 10016 |
|---|---|---|


October 15, 2026

Honorable Evelyn Padin
US District Court
District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

A1 Regional Centre EB 5 LLC v Bondi
Docket # 25-18545

Dear Judge Padin:

I am the attorney for the plaintiff in the above-referenced case. Pursuant to the Court's order dated September 30, 2026, in ECF Doc # 13 the counsel for the parties have met and conferred about this lawsuit and are still in the trying to resolve it.

The parties jointly ask the Court for additional time until October 29, 2026, to provide an updated joint status report.

Sincerely,

/s/ Vivek Suri
Vivek Suri, Esq.

Cc: All Counsel via ECF

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 10/16/2026