| Admitted in NY & NJ | VIVEK SURI, ESQ.<br>Attorney at Law<br><br>T: 212.537.6936<br>E: lawyer@surilawoffice.com | 267 Fifth Avenue<br>Suite 1000<br>New York, NY 10016 |
|---|---|---|


November 3, 2026

Honorable Evelyn Padin
US District Court
District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

A1 Regional Centre EB 5 LLC v Bondi
Docket # 25-18545

Dear Judge Padin:

I am the attorney for the plaintiff in the above-referenced case and am filing this joint status letter with the defendants' attorney pursuant to the Court's order.

We would like to apologize for the delay in filing this letter.

We are still conferring about this case and discussing a few options to try to resolve it.

The parties jointly ask the Court for additional time until November 20, 2026, to provide an updated joint status report.

Sincerely,

/s/ Vivek Suri
Vivek Suri, Esq.

Cc: All Counsel via ECF

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 11/6/2026